May 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AARON WAYNE MCMAHAN, Appellant

NO. 14-11-00147-CR                              V.

THE STATE OF TEXAS, Appellee
_____

This court today heard a motion for rehearing filed by appellant, AARON WAYNE MCMAHAN. We order that the motion be overruled, and that this court's former judgment of April 10, 2012, be vacated, set aside, and annulled. We further order this court's memorandum opinion of April 10, 2012, withdrawn.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.